FILED

15 JAN 26 PM 2:48

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

mp  DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROLANDO ANGEL LUGARDO-ALCARAZ,<br><br>Defendant. | Case No.: 14-CR-3740-CAB<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice as to Defendant Rolando Angel Lugardo-Alcaraz.

IT IS SO ORDERED.

DATED: January 26, 2015

HONORABLE CATHY ANN BENCIVENGO
United States District Judge